UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V. 1:10-CR-00262-BRW

JACQUELINE BONTZOLAKES

**ORDER**

Pending is Defendant's Motion to Stay Sentence Pending Appeal (Doc. No. 148). Defendant contends that she meets all of the criteria set out in 18 U.S.C. § 3143(b), and that the commencement of her 18-month sentence should be stayed because it is likely that she would finish serving her sentence before a ruling is issued by the appellate court.

Defendant's Motion is DENIED. As was announced at sentencing and set out in the judgment,[1] Defendant must self-report no later than 2 p.m., Monday, March 4, 2013.

IT IS SO ORDERED this 13th day of February, 2013.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 146.